IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

FILED

JUL 3 2019

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

JULIAN Q. EDWARDS

Case No. 2:19mj380

Court Date: August 15, 2019

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 14, 2019, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, JULIAN Q. EDWARDS, did unlawfully drive and operate a motor vehicle during the time in which his privilege to drive or operate a motor vehicle was restricted, suspended or revoked, which driver's license was forfeited due to a conviction for driving under the influence of alcohol in violation of Title 18.2-266 in the General District Court for the City of Chesapeake, Virginia on June 3, 2019.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-272.)

### COUNT TWO
(Misdemeanor) - Violation Notice No. 7253659

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 14, 2019, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, JULIAN Q. EDWARDS, did knowingly drive a motor vehicle while his driver's license, learner's permit, or privilege to drive a motor vehicle was suspended or revoked.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-301.)

## COUNT THREE
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 14, 2019, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, JULIAN Q. EDWARDS, did knowingly and unlawfully drive and operate a motor vehicle not equipped with a functioning, certified ignition interlock system.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 18.2-270.1).

## COUNT FOUR
(Misdemeanor) - Violation Notice No. 7253658

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 14, 2019, at Joint Expeditionary Base Little Creek, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, JULIAN Q. EDWARDS, did knowingly and unlawfully assault, resist, oppose, impede, intimidate, and interfere with employees of the United States Government engaged in the performance of their official duties.

(In violation of Title 18, United States Code, Section 111.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: /s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

_____
James T. Cole
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

1 July 2019
Date

RECEIVED
2019 JUL -1 P 3:37
CLERK US DISTRICT COURT
NORFOLK, VIRGINIA